Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

DAVID MICHAEL CAMELIO

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 22-CV-965

v.

COMMISSIONER OF SOCIAL SECURITY

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the Plaintiff's Motion for Judgment on the Pleadings is Denied and that the Commissioner's Motion for Judgment on the Pleadings is Granted.

Date: February 2, 2024

MARY C. LOEWENGUTH
CLERK OF COURT


By: s/Suzanne
    Deputy Clerk